MARIE T. ROOT, Respondent-Appellant, v. HENRY B. ROOT, Appellant-Respondent.— Order unanimously modified by reducing the alimony to $50 per week upon condition that defendant continue to pay the rent for the apartment at 113 East 60th Street, New York, or permits plaintiff to reside therein rent free and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

PHIL BIRNBAUM, INC., Appellant, v. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by WILLIAM W. ASTOR, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

DIKRAN K. BALEKDJIAN, Appellant, v. A. M. TOPALIAN, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

MYRON L. PENN, Respondent, v. RENEE THORNTON COSMETICS, INC., et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and defendants' motion to open the default granted on condition that (1) defendants, within five days after entry of the order herein, pay plaintiff all of plaintiff's taxable costs and disbursements to date, (2) judgment entered after inquest shall stand for security to abide the event of a trial on the merits, and (3) defendants serve their proposed answer within five days after the service of the order to be entered herein and proceed without unnecessary delay to trial. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

DOROTHY T. MASON, Respondent, v. COLBOURNE O. MASON, Appellant.— Order unanimously reversed and the motion denied on the ground that on this record plaintiff has not established a reasonable probability of success. Present — Peck, P.J., Dore, Cohn, Callahan and Van Voorhis, JJ.

FRANCES VISICH, Appellant, v. CHRISTOPHER VISICH, Respondent. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

BOB GILMAN, Appellant, v. RISAP CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

MORRIS WEINER, Appellant, v. JENNIE WEINER, Respondent.— Order affirmed, without costs. The Connecticut action is for a declaratory judgment that the parties are husband and wife. It is for the Connecticut court to decide questions of domicile. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Peck, P. J., and Dore, J., dissent and vote to reverse and grant in the following memo.: Though there may be a question as to plaintiff's residence, he claims to be a resident of New York and certainly is subject to suit here, where defendant